UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CORY BAUMANN,                      Case No. 1:13-cv-559

      Plaintiff,                        Judge Timothy S. Black

v.

CORNERSTONE SERVICES, INC.,
a Delaware corporation,

      Defendant.

## JOINT ORDER OF DISMISSAL

This matter is before the Court upon the Parties' Joint Motion for Approval of Compromise of FLSA Claims. The Court, being fully and sufficiently advised, GRANTS the Motion and dismisses this action with prejudice.

UPON CONSIDERATION WHEREOF, it is accordingly ORDERED, ADJUDGED AND DECREED that this action be, and hereby is, DISMISSED, except that the Court retains jurisdiction to interpret and enforce the settlement agreement between the parties. It is further

ORDERED, ADJUDGED AND DECREED that the Clerk shall furnish a certified copy of this Order to all parties.

ENTERED: February 12, 2014

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE